**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **3:09-md-02100-DRH-PMF** **MDL No. 2100** |

**This Document Relates To:**

| | |
|---|---|
| *Rhonda L. Adams v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-12309-DRH-PMF* |
| *Jennifer Alday v. Bayer Corp., et al.* | *No. 3:11-cv-12382-DRH-PMF* |
| *Amy Baechel v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-12084-DRH-PMF* |
| *Jennifer S. Bessinger v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-12762-DRH-PMF* |
| *Michelle Coghill v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-12144-DRH-PMF* |
| *Chala S. Crawford v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-12780-DRH-PMF* |
| *Kimberly Franklin v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-11948-DRH-PMF* |
| *Cyndel L. and Raymundo Galindo v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-12237-DRH-PMF* |
| *Chelsea D. Masongsong v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-12635-DRH-PMF* |
| *Rebecca Massey v. Bayer Corp., et al.* | *No. 3:11-cv-12416-DRH-PMF* |
| *Tamara Morris v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:10-cv-13690-DRH-PMF* |
| *Holly Newton v. Bayer Corp., et al.* | *No. 3:11-cv-12926-DRH-PMF* |

*Diana Olliges v. Bayer Corp., et al.* *No. 3:11-cv-12315-DRH-PMF*

*Mariah Smith v. Bayer Corp., et al.* *No. 3:11-cv-12267-DRH-PMF*

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court on Defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Motion to Dismiss entered on May 23, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY: /s/*Sara Jennings***
**Deputy Clerk**

Dated: May 24, 2013

Digitally signed by David R. Herndon
Date: 2013.05.24 16:34:58 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT